1

2

3

4

5

6                           IN THE UNITED STATES DISTRICT COURT

7                          FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    BERNARD ANDREW WHITE,                          1:07-cv-01796-OWW-DLB (PC)

10              Plaintiff,                           ORDER TO SUBMIT APPLICATION
                                                     TO PROCEED IN FORMA PAUPERIS
11        vs.                                        **OR**  PAY FILING FEE

12   THE STATE OF CALIFORNIA, et al.,                THIRTY DAY DEADLINE

13              Defendants.
     _____/

14

15       Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

16   1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

17   pauperis pursuant to 28 U.S.C. § 1915.

18       Accordingly, IT IS HEREBY ORDERED that:

19       1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma

20   pauperis.

21       2.  Within thirty (30) days of the date of service of this order, plaintiff shall submit a

22   completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee

23   for this action.   Failure to comply with this order will result in a recommendation that this action be

24   dismissed.

25       IT IS SO ORDERED.

26   **Dated:   December 14, 2007**            _____/s/ **Dennis L. Beck**_____
                                              UNITED STATES MAGISTRATE JUDGE

27

28