# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD ANDREW WHITE,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants.<br>_____/ | Case No.: 1:07-cv-01796-OWW-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF<br><br>(Docs. 7 and 11) |

Plaintiff Bernard Andrew White ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 14, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed two objections to the Findings and Recommendations on July 24, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 14, 2008, is adopted in full; and
2. Plaintiff's motions for injunctive relief, filed January 2, 2008, and February 19, 2008, are denied.

IT IS SO ORDERED.

**Dated:   August 7, 2008**                      /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE